Mary L. Moore, Esq. (Bar ID No. 023421991)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5210
ATTORNEYS FOR DEFENDANTS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN CARLATTA [sic], | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION NO. _____ |
| BERTELSMANN, INC.; and RTL ADCONNECT, INC., | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE AND FILING

I hereby certify that a true and correct copy of the notice for removal, notice of compliance with U.S.C. § 1446(d), civil cover sheet, application for extension of time to answer, move or otherwise respond and this certificate of service of Defendants Bertelsmann, Inc. and RTL AdConnect, Inc., were served upon Plaintiff's counsel of record, Richard Malagiere, Esq. and Leonard E. Seaman, Esq., The Law Offices of Richard Malagiere, 250 Moonachie Road, Suite 102, Moonachie, New Jersey 07074, by sending said documents via overnight mail on this 12th day of October 2020.

Additionally, the above documents were filed and served electronically via the Court's ECF system on this 12th day of October 2020. These documents are available for viewing and downloading by Plaintiff's counsel from the ECF system.

                                      s/ Holly Gioia
                                        Holly Gioia

4851-2255-3550, v. 1