Mary L. Moore, Esq. (Bar ID No. 023421991)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5210
ATTORNEYS FOR DEFENDANTS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN CARLATTA [sic], | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : CIVIL ACTION NO. _____ |
| BERTELSMANN, INC.; and RTL ADCONNECT, INC., | : |
| | : |
| Defendants. | : |

To:   Clerk of Court
      United States District Court for the District of New Jersey
      MLK, Jr. Building and U.S. Courthouse
      50 Walnut Street
      Newark, New Jersey 07102

      The Law Office of Richard Malagiere
      Leonard E. Seaman, Esq.
      250 Moonachie Road
      Suite 102
      Moonachie, NJ 07074
      Attorneys for Plaintiff

**APPLICATION FOR AN EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND PURSUANT TO L. CIV. R. 6.1**

Application is hereby made for a Clerk's order extending time within which Defendants Bertelsmann, Inc. ('Bertelsmann") and RTL AdConnect, Inc. ("RTL") (collectively, "Defendants") may answer, move or otherwise respond to the complaint filed by Plaintiff Ann Carletta herein and it is represented that:

(i)     No previous extension has been obtained;

(ii)    Defendants accepted service of the Summons and Complaint on September 15, 2020, and removal occurred on October 12, 2020;

(iii)   The time to answer, move or otherwise respond expires on October 19, 2020;

(iv)    Defendants hereby request that the time within which they may file an answer, move or otherwise respond to the complaint herein be extended by fourteen (14) days to November 2, 2020.

(v)     This request is made without waiving any defenses, including the lack of personal jurisdiction.

Respectfully submitted,

JACKSON LEWIS P.C.
Mary L. Moore, Esq.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5210

Beverly W. Garofalo, Esq. (*pro hac vice forthcoming*)
90 State House Square
8th Floor
Hartford, CT 06103
(860) 331- 1535

Dated: October 12, 2020

By:   s/ Mary L. Moore
      Mary L. Moore

**ATTORNEYS FOR DEFENDANTS**

4840-3616-3278, v. 1