Mary L. Moore, Esq. (Bar ID No. 023421991)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANN CARLATTA [sic], | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. _____ |
| BERTELSMANN, INC.; and RTL | : | |
| ADCONNECT, INC., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants Bertelsmann, Inc. and RTL AdConnect, Inc. submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.     Bertelsmann, Inc. is owned directly by its global parent, Bertelsmann SE & Co. KGaA (BSE).

2.     RTL AdConnect, Inc.is owned by a privately-held parent, RTL US Holding, Inc., which in turn is owned by a series of privately-held U.S., E.U., and German entities affiliated with BSE.

3.     Defendants are privately held entities and no publicly held corporation owns 10% or more of Defendants' stock.

Respectfully submitted,

JACKSON LEWIS P.C.
Mary L. Moore, Esq.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

Beverly W. Garofalo, Esq. (*pro hac vice forthcoming*)
90 State House Square
8th Floor
Hartford, CT 06103
(860) 331- 1535

Dated:  October 12, 2020

By:     s/ Mary L. Moore
        Mary L. Moore

**ATTORNEYS FOR DEFENDANTS**

4813-4846-6382, v. 1