Mary L. Moore, Esq. (Bar ID No. 023421991)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5127

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANN CARLATTA [sic]**, <br><br> Plaintiff, <br><br> v. <br><br> **BERTELSMANN, INC.; and RTL ADCONNECT, INC.**, <br><br> Defendants. | Civil Action No. 2:20-cv-14304 (KSH) (CLW) <br><br> CERTIFICATE OF FILING AND SERVICE |

   I hereby certify that on this day I filed on ECF Defendants' Answer to Plaintiff's Complaint and served same on Plaintiff's counsel of record by ECF.

                   \s\ Holly Gioia
                   Holly M. Gioia

Dated:  November 2, 2020

4834-4077-9472, v. 1