Amanda L. Miller, Esq. (Bar ID No. 017752011)
Nicholas A. Plinio, Esq. (Bar ID No. 278552019)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5127

Beverly W. Garofalo, Esq.
(*pro hac vice granted*)
JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
(860) 331-1535

ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANN CARLATTA [sic],**<br><br>Plaintiff,<br><br>v.<br><br>**BERTELSMANN, INC.; and RTL ADCONNECT, INC.,**<br><br>Defendants. | Civil Action No. 2:20-cv-14304 (KSH) (CLW)<br><br>**NOTICE OF APPEARANCE** |

　　　　　PLEASE TAKE NOTICE that Nicholas A. Plinio, Esq., of the law firm of Jackson Lewis P.C., hereby makes his appearance as counsel for Defendants Bertelsmann, Inc. and RTL AdConnect, Inc. in the above-captioned matter and requests that all future pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated:  February 1, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　s/ *Nicholas A. Plinio*
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas A. Plinio

4814-4846-3322, v. 1