Amanda E. Miller, Esq. (Bar ID No. 017752011)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5127
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANN CARLETTA,**<br><br>    Plaintiff,<br><br>v.<br><br>**BERTELSMANN, INC.; and RTL ADCONNECT, INC.,**<br><br>    Defendants. | Civil Action No. 2:20-cv-14304 (KSH) (CLW)<br><br>**AMENDED SCHEDULING ORDER** |

This matter having been opened to the Court in connection with a case management conference on August 9, 2021, and the parties having appeared through counsel, and for good cause shown,

It is hereby ordered:

(1)    Factual discovery to be completed by January 28, 2022, absent good cause shown;

(2)    Depositions to be completed by January 28, 2022;

(3)    Affirmative expert reports due on February 28, 2022;

(4)    Rebuttal expert reports due April 14, 2022;

(5)    Expert depositions to be completed by May 12, 2022;

(6)    Dispositive motions to be served on a date TBD.

(7)    All motions require prior approval of Magistrate Judge Waldor.  Parties are encouraged to raise substantive issues with the Court by letter, email, e-

filing, or logistical issues by telephone to Magistrate Judge Waldor's chambers.

(8)    A telephone status conference will be held on October 7, 2021 at 2:30 p.m. (ECF No. 25).

SO ORDERED:

s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.

Dated:  September 29, 2021