Amanda E. Miller, Esq. (Bar ID No. 017752011)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5127
ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANN CARLETTA,**<br><br>    Plaintiff,<br><br>v.<br><br>**BERTELSMANN, INC.; and RTL ADCONNECT, INC.,**<br><br>    Defendants. | Civil Action No. 2:20-cv-14304 (KSH) (CLW)<br><br>**SECOND AMENDED SCHEDULING ORDER** |

This matter having been opened to the Court in connection with a case management and settlement conference on March 22, 2022, and the parties having appeared through counsel, and for good cause shown,

It is hereby ordered:

(1) Factual discovery to be completed by July 30, 2022;

(2) Depositions of any parties and other fact witness to be completed by July 30, 2022;

(3) Affirmative expert reports due on August 21, 2022;

(4) Rebuttal expert reports due September 18, 2022;

(5) Expert depositions to be completed by October 29, 2022;

(6) Dispositive motions to be served on a date TBD.

(7)     Defendants have permission from the Court to file a motion to compel discovery and/or a motion for a protective order with respect to depositions noticed by Plaintiff.

SO ORDERED: April 14, 2022

*/s/ Cathy L. Waldor*
Hon. Cathy L. Waldor, U.S.M.J.

4878-3610-9594, v. 1