# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Jason C. Gavejian – Managing Principal

AMANDA E. MILLER, ESQ.
Email: Amanda.Miller@jacksonlewis.com

January 2, 2024

**VIA ELECTRONIC FILING**
Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
MLK, Jr. Courthouse
Newark, New Jersey  07101

Re: Ann Carletta v. Bertelsmann, Inc., *et al.*
Docket No. 2:20-cv-14304 (KSH)(CLW)

Dear Judge Waldor:

This firm represents Defendants Bertelsmann, Inc. and RTL AdConnect, Inc. ("Defendants") in the above matter.  We are in receipt of the Court's Order to reschedule the settlement conference initially scheduled on December 19, 2023 to January 29, 2024.  I will be out of the country January 28th through February 3rd.  As such, Defendants respectfully request an adjournment of the settlement conference to the week of February 19th or February 26th.  Plaintiff's counsel consents to this adjournment request, as well as the potential dates for the conference.

We thank Your Honor for your consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*Amanda E. Miller*

Amanda E. Miller

AEM:am
cc: Leonard E. Seaman (via ECF)