THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, 3rd Floor, Suite 300-A
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Plaintiff, Ann Carletta

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN CARLETTA,<br><br>            Plaintiff,<br><br>v.<br><br>BERTELSMANN, INC.; and RTL ADCONNECT, INC.,<br><br>            Defendants. | Civil Action No. 2:20-cv-14304 (KSH) (CLW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to *Fed. R. Civ. P.* 41(a)(ii) and *L.Civ.R.* 41.1(b) it is hereby stipulated and agreed that the within matter is hereby dismissed with prejudice and without costs.

*Leonard E. Seaman*
_____
RICHARD MALAGIERE
LEONARD E. SEAMAN
THE LAW OFFICES OF RICHARD MALAGIERE
A Professional Corporation
250 Moonachie Road, Suite 300A
Moonachie, New Jersey 07074
Tel. (201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com

Dated: March 29, 2024

_____
AMANDA E. MILLER
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
908-795-5200
908-464-2614 (fax)
Amanda.Miller@jacksonlewis.com

Dated: April 24, 2024 , 2024

SO ORDERED this day of April 25, 2024
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.